

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2023

No. 04-23-00301-CR

**EX PARTE** Raul Eduardo **GUTIERREZ RUIZ**

Original Proceeding[1]

### ORDER

On March 30, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus.

On June 21, 2023, we issued an opinion holding that equal protection claims are cognizable in a pre-trial application for writ of habeas corpus. *See Ex parte Aparicio*, 672 S.W.3d 696, 713 (Tex. App.—San Antonio, pet. granted) (en banc). We believe the trial court should have an opportunity to reconsider its decision in light of our recent opinion. Therefore, we **DENY** the petition for writ of mandamus **WITHOUT PREJUDICE** to relator seeking relief, if necessary, after the trial court has had an opportunity to reconsider its ruling. *See* TEX. R. APP. P. 52.8(a).

The complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his motion to urge is **DISMISSED** as moot. Relator's motion to stay is **DENIED** as moot.

It is so **ORDERED** on October 4, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 31839, styled *State of Texas v. Raul Eduardo Gutierrez Ruiz*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.